1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL LANDEROS CASTRO, | Case No. CV 06-2836 DSF(JC) |
| Petitioner, | (PROPOSED) JUDGMENT |
| v. | |
| MIKE EVANS, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

2/7/11

DATED: _____

_____

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE